UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Duane Chapman
_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CV-19 4592

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

COGAN, J

JURY DEMAND

YES ✓   NO ____

-against-

Nassau County
_____

_____

_____

_____

_____

_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Duane Chapman

If you are incarcerated, provide the name of the facility and address:

was incarcerated at Nassau County. I am currently homeless. I do receive mail at my mothers house at 119-19 236 St Cambria Heights, N.Y. 11411

Prisoner ID Number: 18003107

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Nassau County - Detective Ryan
Job Title: Fais -
Address: Unsure of address - District Attorney's Office - 262 Old Country Rd. Minelo, N.Y. 11501

Defendant No. 2

Full Name: Det. Ingram BSO Agent
Job Title: BSO agent
Address: Unsure of Address - District Attorney's 262 Old Country Rd. Minelo, N.Y. 11501

Defendant No. 3

Full Name: Madaline Singus
Job Title: District Attorney
Address: 262 Old Country Rd, Minelo N.Y. 11501

2

Defendant No. 4

Address

Full Name

Job Title

Address

Defendant No. 5

Full Name

Job Title

Address

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? The events occured on East Bound Sunrise Highway, Massapequa, Long Island at the Best Western Hotel

When did the events happen? (include approximate time and date) The events happened at approxmitley 19:45 (7:45 pm) on May 17th 2018

**Facts: (what happened?)** Routine Traffic stop Predicated on a minor traffic infraction(s); No Headlights, Obstruction. (Addendum contains Fake Ticket used to justify Traffic stop also report). Agents Ryan Fais and Ingram conducted a search of Defendants vehicle as a result of a falsified Traffic Stop. They Allegedly found Narcotics (27 bags of Heroin and 3.5 grams of what appeared to be crack Cocaine) Falsified Drug test Proved Non-Concluscive, in fact falsified drug Test Conducted Subsequent to initial Drug Test Shows 26 Bags missing of the Allegeded Heroin. (Attached).

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

As a result of Stress directly related to incident Hypertension, Blood Pressure ensued. Was treated for this issue at facility. (Jail). Back issues, Mal-nutrition as a result of a high Starch diet that included inadequate sources of Calcium, Potassium, or Iron. Facility did give me a generic Substitute for potassium via a Pill.

4

Dehydration - The only water available was in the Jail Cell which serves little Purpose as it relates to Health. This directly attributed to Near Death occurences in Jail (Fainted Twice)

III. Relief: State what relief you are seeking if you prevail on your complaint.

Declaratory - 1,000,000.00
Compensatory - 1,000,000.00
Punitive - 1,000,000.00

I declare under penalty of perjury that on _____ (date), I delivered this complaint to prison authorities at _____ (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/15/19

*[Signature]*
Signature of Plaintiff

119.
Name of Prison Facility or Address if not incarcerated

119-19 236 St
Cambria Heights, N.Y. 11411
Address

18003107
Prisoner ID#

rev. 12/1/2015

5

USPS Priority Mail envelope.

**Postage label:**
- US POSTAGE PAID $7.35
- PRIORITY MAIL 1-DAY
- Origin: 10461
- 08/07/19
- 0 Lb 15.80 Oz
- 1020 C003
- EXPECTED DELIVERY DAY: 08/08/19
- SHIP TO: 100 FEDERAL PLZ, CENTRAL ISLIP NY 11722-4438
- USPS TRACKING NUMBER: 9505 5124 5302 9219 1498 59

**Return address (handwritten):**
Mr. Duane Chapman
119-19 236 St
Cambria Heights, N.Y. 11411

**Recipient address (handwritten):**
Att: Clerk (Pro Se Office)
United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, N.Y. 11722

**Stamp:**
RECEIVED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ AUG 09 2019 ★
LONG ISLAND OFFICE